

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00840-CV

**IN THE INTEREST OF P.M.M.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-21699
Honorable Walden Shelton, Judge Presiding

PER CURIAM

Sitting: Irene Rios, Justice
    Beth Watkins, Justice
    Liza A. Rodriguez, Justice

Delivered and Filed: July 17, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on May 17, 2024 and was not filed. On May 31, 2024, we ordered appellant to file, by June 17, 2024: (1) his brief; and (2) a written response reasonably explaining his failure to timely file a brief and why appellee was not significantly injured by appellant's failure to timely file a brief. We cautioned appellant that if he failed to timely file the brief and written response, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

Appellant did not file a brief or otherwise respond to our order. Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM